**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Monster Energy Company, | CASE NUMBER |
| | |
| PLAINTIFF(S)/PETITIONER(S) | 5:21-cv-00270-JWH-SHKx |
| v. | |
| Powernation, LLC, | **ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO GENERAL ORDER 19-03** |
| DEFENDANT(S)/RESPONDENTS(S) | |

The undersigned Judge, to whom the above-entitled case was assigned, is of the opinion that he or she should not preside over said case, by reason of *(please use additional sheets if necessary)* :

From 2002-2018, the undersigned district judge was a partner in the law firm that represents Plaintiff.

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with General Order 19-03.

This self-recusal has been Ordered:
☑ within 120 days of the Court being assigned said case.
☐ after 120 days of the Court being assigned said case.

February 19, 2021                         John W. Holcomb
Date                                      United States District Judge/~~Magistrate Judge~~

---

**NOTICE TO COUNSEL FROM CLERK**

This case has been reassigned to Judge _____Jesus G. Bernal_____ for all further proceedings.

☐  Pursuant to General Order 19-10, all discovery matters that are or may be referred to a magistrate judge are hereby reassigned from Magistrate Judge _____ to Program Magistrate Judge _____.

On all documents subsequently filed in this case, please substitute the initials ___JGB(SHKx)___ after the case number in place of the initials of the prior judge so that the case number will read _5:21-cv-00270-JGB(SHKx)_ . This is very important because documents are routed to the assigned judge by means of the initials.

*cc:*  ☐ *Previous Judge*   ☐ *Statistics Clerk*

CV-52 (11/19)                **ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO GENERAL ORDER 19-03**