Steven J. Nataupsky (SBN 155913)
steven.nataupsky@knobbe.com
Lynda J. Zadra-Symes (SBN 156511)
lynda.zadrasymes@knobbe.com
Matthew Bellinger (SBN 222228)
matt.bellinger@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

*Attorneys for Plaintiff*
MONSTER ENERGY COMPANY

Matthew J. Thome (SBN 264220)
mthome@vonbriesen.com
von Briesen & Roper, s.c.
411 East Wisconsin Avenue,
Suite 1000
Milwaukee, WI 53202
Phone: (414) 287-1433

*Attorneys for Defendant*
POWERNATION LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>POWERNATION LLC, a Wisconsin limited liability company,<br><br>Defendant. | Case No. 5:21-cv-00270-JGB(SHKx)<br><br>Hon. Jesus G. Bernal<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: May 3, 2021<br>Current response date: July 2, 2021<br>New response date: **August 2, 2021** |

Pursuant to Local Rule 8-3, Plaintiff Monster Energy Company ("Plaintiff") and Defendant Powernation LLC ("Defendant") agree to extend to **August 2, 2021** the time for Defendant to respond to Plaintiff's Complaint. No prior extension has been granted to Defendant and this extension does not exceed the amount of time permitted by Local Rule 8-3.

IT IS SO STIPULATED.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: June 29, 2021   By: /s/ Matthew S. Bellinger
    Steven J. Nataupsky
    Lynda J. Zadra-Symes
    Matthew S. Bellinger

Attorneys for Plaintiff,
MONSTER ENERGY COMPANY


von Briesen & Roper, s.c.

Dated: June 29, 2021   By: /s/ Matthew J. Thome (with permission)
    Matthew J. Thome

Attorneys for Defendant,
POWERNATION LLC