Steven J. Nataupsky (SBN 155913)
steven.nataupsky@knobbe.com
Lynda J. Zadra-Symes (SBN 156511)
lynda.zadrasymes@knobbe.com
Matthew Bellinger (SBN 222228)
matt.bellinger@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

*Attorneys for Plaintiff*
MONSTER ENERGY COMPANY

Matthew J. Thome (SBN 264220)
mthome@vonbriesen.com
von Briesen & Roper, s.c.
411 East Wisconsin Avenue,
Suite 1000
Milwaukee, WI 53202
Phone: (414) 287-1433

*Attorneys for Defendant*
POWERNATION LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>POWERNATION LLC, a Wisconsin limited liability company,<br><br>Defendant. | Case No. 5:21-cv-00270-JGB(SHKx)<br><br>Hon. Jesus G. Bernal<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT 14 DAYS**<br><br>Complaint served: May 3, 2021<br>Current response date: August 2, 2021<br>New response date: **August 16, 2021** |

Pursuant to Local Rule 7-1, Plaintiff Monster Energy Company ("Plaintiff") and Defendant Powernation LLC ("Defendant") agree to extend to **August 16, 2021** the time for Defendant to respond to Plaintiff's Complaint. The parties have filed one prior stipulated extension of time for Defendant to respond to Plaintiff's Complaint pursuant to Local Rule 8-3. *See* Dkt. No. 12. The parties are continuing to engage in settlement discussions that, if successful, would resolve this case in its entirety. The parties request a further 14 day extension of time for Defendant to respond to Plaintiff's Complaint to allow the parties additional time to complete their settlement discussions. In view of the foregoing, the parties submit that good cause exists to grant this Stipulation to Extend Time.

IT IS SO STIPULATED.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: August 2, 2021     By: */s/ Matthew S. Bellinger*
                                           Steven J. Nataupsky
                                           Lynda J. Zadra-Symes
                                           Matthew S. Bellinger

Attorneys for Plaintiff,
MONSTER ENERGY COMPANY

von Briesen & Roper, s.c.

Dated: August 2, 2021     By: */s/ Matthew J. Thome (with permission)*
                                           Matthew J. Thome

Attorneys for Defendant,
POWERNATION LLC