# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>POWERNATION LLC, a Wisconsin limited liability company,<br><br>Defendant. | Case No. 5:21-cv-00270-JGB(SHKx)<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT 14 DAYS**<br><br>Complaint served: May 3, 2021<br>Current response date: August 2, 2021<br>New response date: **August 16, 2021** |

1  Having considered Plaintiff Monster Energy Company ("Plaintiff") and Defendant Powernation LLC's ("Defendant") stipulation to extend the time for Defendant to respond to Plaintiff's Complaint to **August 16, 2021,** the Court GRANTS the Stipulation. Defendant's response to Plaintiff's Complaint is due on or before August 16, 2021.

**IT IS SO ORDERED.**

Dated: August 4, 2021

_____
Hon. Jesus G. Bernal
United States District Judge

-1-