| | |
|---|---|
| Steven J. Nataupsky (SBN 155913) | Matthew J. Thome (SBN 264220) |
| steven.nataupsky@knobbe.com | mthome@vonbriesen.com |
| Lynda J. Zadra-Symes (SBN 156511) | von Briesen & Roper, s.c. |
| lynda.zadrasymes@knobbe.com | 411 East Wisconsin Avenue, |
| Matthew Bellinger (SBN 222228) | Suite 1000 |
| matt.bellinger@knobbe.com | Milwaukee, WI 53202 |
| KNOBBE, MARTENS, OLSON & BEAR, LLP | Phone: (414) 287-1433 |
| 2040 Main Street | |
| Fourteenth Floor | *Attorneys for Defendant* |
| Irvine, CA  92614 | POWERNATION LLC |
| Phone: (949) 760-0404 | |
| Facsimile: (949) 760-9502 | |

*Attorneys for Plaintiff*
MONSTER ENERGY COMPANY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation, | Case No. 5:21-cv-00270-JGB(SHKx) |
| | Hon. Jesus G. Bernal |
| Plaintiff, | |
| v. | **STIPULATION FOR ENTRY OF FINAL JUDGMENT AND PERMANENT INJUNCTION** |
| POWERNATION LLC, a Wisconsin limited liability company, | |
| Defendant. | |

Plaintiff Monster Energy Company ("Plaintiff") and Defendant Powernation LLC ("Defendant"), by and through their respective counsel, hereby stipulate as follows:

Plaintiff and Defendant have agreed to settle and resolve this matter in full, pursuant to the terms of a confidential settlement agreement. The Parties hereby stipulate to the entry of final judgment against Defendant and in favor of Plaintiff in the form of the [Proposed] Final Judgment and Permanent Injunction attached hereto as **Exhibit A**, and request that the Court sign the [Proposed] Final Judgment and Permanent Injunction.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated:  August 16, 2021        By: /s/ Matthew S. Bellinger
                                   Steven J. Nataupsky
                                   Lynda J. Zadra-Symes
                                   Matthew S. Bellinger

                               Attorneys for Plaintiff,
                               MONSTER ENERGY COMPANY


von Briesen & Roper, s.c.

Dated:  August 16, 2021        By: /s/ Matthew J. Thome (with permission)
                                   Matthew J. Thome

                               Attorneys for Defendant,
                               POWERNATION LLC