AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Central District of California_____ on the following

☑ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>5:21-cv-00270 | DATE FILED<br>2/17/2021 | U.S. DISTRICT COURT<br>Central District of California |
|---|---|---|
| PLAINTIFF<br>MONSTER ENERGY COMPANY, a Delaware corporation | | DEFENDANT<br>POWERNATION LLC, a Wisconsin limited liability company, |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 2,903,214 | 11/16/2004 | MONSTER ENERGY COMPANY |
| 2 | 3,434,821 | 5/27/2008 | MONSTER ENERGY COMPANY |
| 3 | 3,434,822 | 5/27/2008 | MONSTER ENERGY COMPANY |
| 4 | 4,625,118 | 10/21/2014 | MONSTER ENERGY COMPANY |
| 5 | 5,580,962 | 10/9/2018 | MONSTER ENERGY COMPANY |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT | FINAL JUDGMENT AND PERMANENT INJUNCTION by Judge Jesus G. Bernal |
|---|---|

| CLERK<br>Kiry K. Gray | (BY) DEPUTY CLERK<br>Trina DeBose | DATE<br>9/1/21 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director     **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director     **Copy 4**—Case file copy

**REPORT ON THE FILING OR DETERMINATION
OF AN ACTION REGARDING A PATENT OR TRADEMARK**

**ATTACHMENT**

|    | Patent or Trademark No. | Date of Patent or Trademark | Holder of Patent or Trademark |
|----|---|---|---|
| 6  | 5,022,676 | 8/16/2016 | MONSTER ENERGY COMPANY |
| 7  | 3,134,841 | 8/29/2006 | MONSTER ENERGY COMPANY |
| 8  | 4,865,702 | 12/8/2015 | MONSTER ENERGY COMPANY |
| 9  | 3,963,668 | 5/17/2011 | MONSTER ENERGY COMPANY |
| 10 | 3,963,669 | 5/17/2011 | MONSTER ENERGY COMPANY |
| 11 | 4,051,650 | 11/8/2011 | MONSTER ENERGY COMPANY |
| 12 | 4,721,432 | 4/14/2015 | MONSTER ENERGY COMPANY |
| 13 | 3,914,828 | 2/1/2011 | MONSTER ENERGY COMPANY |